```
                    UNITED STATES BANKRUPTCY COURT
                   FOR THE EASTERN DISTRICT OF VIRGINIA
                            RICHMOND DIVISION
```

**In re:    Joseph Osbourne**
  **Debtor,**　　　　　　　　　　　　　　　　**CASE#: 3:09-BK-37973-KRH**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

**Joseph Osbourne**
  **Movant/Debtor,**　　　　　　　　　　　　**CASE#: 3:10-AP-03022-KRH**

**v.**

**Assurance Federal Credit Union**
**"Doe's A through Z"**
  **Respondents/Claimants.**


## AGREED STIPULATION OF DISMISSAL
## WITH PREJUDICE OF ADVERSARY PROCEEDING

  **COMES NOW** the Plaintiff, Joseph Osbourne ("Plaintiff"), and the Defendant, Assurance Federal Credit Union (collectively "the Parties") by their respective counsel, to stipulate to the dismissal of the above-styled adversary proceeding with prejudice pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, which incorporates Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as a result of their complete and total compromise, settlement and resolution of the above-styled matter.  The Parties seek for the adversary proceeding to be removed from the Court's docket, the trial date cancelled, and the proceeding placed among the Court's closed cases.

---

Mitchell P. Goldstein, VSB #40613
Jason M. Krumbein, VSB #: 43538
Krumbein Consumer Legal Services, Inc.

1650 Willow Lawn Drive, Suite 300　　　　　　Page 1
Richmond, VA 23230
804.673.4358 office  804.673.5340 fax

**ORDERED** that the above styled adversary proceeding has been settled and is, therefore, dismissed with prejudice.

**FURTHER ORDERED** that the Clerk of the Court is directed to send true copies of this Order to all counsel of record.

Entered: _____

Judge, US Bankruptcy Court

Entered:

**WE ASK FOR THIS:**

/s/ Mitchell P. Goldstein, Esq._____
Mitchell P. Goldstein, Esq. VSB#40613  mgoldstein@krumbein.com
Jason M. Krumbein, Esq. VSB#43538  KrumbeinLaw@gmail.com
Krumbein Consumer Legal Services
1650 Willow Lawn Drive, Suite 300
Richmond, VA  23230
(804) 673-4358 (office)
(804) 673-4350 (fax)
Counsel for Plaintiff

SEEN AND AGREED:

/s/ Edward S. Whitlock, III (signature on original)_____
Edward S. Whitlock, III, Esq.
Lafayette, Ayers, & Whitlock, PLC
10160 Staples Mill Rd.
Suite 105
Glen Allen, VA 23060
Counsel for Defendant

## **CERTIFICATE OF ENDORESEMENT PURSUANT TO LBR 9022-1**

The undersigned hereby certifies that all necessary parties have endorsed the foregoing order.

Mitchell P. Goldstein, VSB #40613
Jason M. Krumbein, VSB #: 43538
Krumbein Consumer Legal Services, Inc.

1650 Willow Lawn Drive, Suite 300           Page 2
Richmond, VA 23230
804.673.4358 office  804.673.5340 fax

/s/ Mitchell P. Goldstein, Esq.
_____
Mitchell P. Goldstein, Esq.   VSB 40613

Mitchell P. Goldstein, VSB #40613
Jason M. Krumbein, VSB #: 43538
Krumbein Consumer Legal Services, Inc.

1650 Willow Lawn Drive, Suite 300                    Page 3
Richmond, VA 23230
804.673.4358 office  804.673.5340 fax